IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| vs. | ) CRIMINAL NO. 10-30178-DRH |
| ANTONIO C. ALLEN, | ) |
| Defendant. | ) |

## **ORDER**

Plaintiff's Motion to Revoke Defendant's Bond is hereby GRANTED IN PART.

The Court ORDERS a warrant to issue for Defendant's arrest. Following arrest, Defendant shall be detained pending a hearing on the Government's Motion to Revoke Bond. 18 U.S.C. § 3148(b). A hearing will be set upon defendant's arrest.

**SO ORDERED.**

DATED: May 18, 2012

s/Stephen C. Williams
STEPHEN C. WILLIAMS
United States Magistrate Judge